UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

FILED 

IN RE  New York Model Contracts, Inc.     BANKRUPTCY CASE NO. 03-14940

Debtor(s)                                 CHAPTER

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I, Lynn Parsons, the undersigned claimant, move the court for an order disbursing the funds on deposit in this estate for the following reasons:

1. On 12/11/2009, the trustee of this estate deposited the sum of $500.00, belonging to Lynn Parsons, with the Clerk of the Bankruptcy Court under 11 U.S.C. § 347(a).

2. I seek payment of these unclaimed funds to Lynn Parsons at the following address: 1544 Gerrardstown Road, Gerrardstown, WV 25420.

3. I have provided the United States Attorney for the Eastern District of Louisiana with a copy of this motion.

4. I state under penalty of perjury that I am legally entitled to claim these amounts for whom the unclaimed funds were deposited in this bankruptcy case. I certify that, to the best of my knowledge, all information and documents submitted in support of this motion are true and correct.

_____                    Lynn Parsons

[OFFICIAL SEAL - NOTARY PUBLIC
State of West Virginia
KAREN A SUMNER
4992 Gerrardstown Road
Inwood, WV 25428
My Commission Expires 8/08/2018]

Subscribed and Sworn Before Me this 23rd day of FEBRUARY, 2010.

_____
Notary Public in and for the State of WEST VIRGINIA
My commission expires: 08/08/2018

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE  New York Model Contracts, Inc.          BANKRUPTCY CASE NO. 03-14940

Debtor(s)                                       CHAPTER

CERTIFICATE OF SERVICE

I, _____Lynn Parsons_____, certify that on ___02/18/2010___, a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the United States Attorney Office, c/o Hale Boggs Building, 500 Poydras Street, Suite 210-B, New Orleans, Louisiana, 70130 by first class mail, postage prepaid.

*Lynn Parsons* (signature)
Lynn Parsons