# United States Bankruptcy Court
## Eastern District of Louisiana

To:  Lynn Parsons                                    Case Number:  03-14940

Debtor(s):  New York Model Contracts, Inc.                    Chapter:  7

## NOTICE OF DEFICIENCY
## SECOND REQUEST

Your **Motion for Payment of Unclaimed Funds** is deficient for the following reason(s):

☒        Documentation that the claimant resided at the original address at the time of deposit is required.  (Ex. old electric bill, telephone bill or any document with the original address, etc.)

For further procedural information or questions regarding unclaimed funds, please contact the

Finance Section of the Clerk's Office @ (504) 589-7862.

By: Cheryl Vogel
Deputy Clerk

Date: June 16, 2011