## United States Bankruptcy Court for the
## Eastern District of Louisiana

IN RE:

New York Model Contracts, Inc.

Case No. 03-14940
Chapter 7

_____ Debtor(s) _____ /

### ORDER FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** the amount of $575.00 constituting unclaimed funds due to Kimberly Petras, claimant in the above-referenced case, are on deposit with the United States Treasury.

**IT ALSO APPEARING THAT** Dilks & Knopik, LLC, Attorney in Fact for Claimant, has furnished the required documentation for release of unclaimed funds. The social security number of the claimant (or federal tax i.d. number if claimant is a corporation) has been provided. If applicant is a funds locator, a Power of Attorney granting authority to petition the Court to collect funds on behalf of the claimant has been filed.

**THEREFORE,** the Clerk of Court is authorized and directed to draw a check(s) on the funds on deposit in the registry of the court in the principal amount of $575.00, plus all interest earned, less the assessment fee for the administration of funds, payable to Kimberly Bodine, 421 FM 1451, Teague, TX 75860-3062 and to mail or deliver the check(s) to Dilks & Knopik, LLC at P.O. Box 2728, Issaquah, WA 98027-0125.

Dated: 8/29/11

UNITED STATES BANKRUPTCY COURT JUDGE