```
                          United States Bankruptcy Court
                           Eastern District of Louisiana
```

In re:                                                          Case No. 03-14940-EWM
New York Model Contracts, Inc.                                  Chapter 7
         Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 053L-2          User: gd              Page 1 of 1             Date Rcvd: Aug 30, 2011
                              Form ID: pdf877       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2011.
cr           +Kimbrly Petras Bodine,    421 FM 1451,    Teaque, TX 75860-3062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2011**                     **Signature:**   _Joseph Speetjens_

# United States Bankruptcy Court for the
# Eastern District of Louisiana

IN RE:

    New York Model Contracts, Inc.

             Debtor(s)

Case No. 03-14940
Chapter 7

## ORDER FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** the amount of $575.00 constituting unclaimed funds due to Kimberly Petras, claimant in the above-referenced case, are on deposit with the United States Treasury.

**IT ALSO APPEARING THAT** Dilks & Knopik, LLC, Attorney in Fact for Claimant, has furnished the required documentation for release of unclaimed funds. The social security number of the claimant (or federal tax i.d. number if claimant is a corporation) has been provided. If applicant is a funds locator, a Power of Attorney granting authority to petition the Court to collect funds on behalf of the claimant has been filed.

**THEREFORE**, the Clerk of Court is authorized and directed to draw a check(s) on the funds on deposit in the registry of the court in the principal amount of $575.00, plus all interest earned, less the assessment fee for the administration of funds, payable to Kimberly Bodine, 421 FM 1451 , Teague, TX 75860-3062 and to mail or deliver the check(s) to Dilks & Knopik, LLC at P.O. Box 2728. Issaquah, WA 98027-0125.

Dated: 8/29/11

UNITED STATES BANKRUPTCY COURT JUDGE